TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00169-CV

Lee R. McCarty, Sr., Individually and as Independent Executor of the Estate of Lola
McCarty, Deceased; Lee R. McCarty, Jr., Individually and as Co-Trustee of the Lola
McCarty Testamentary Trust; and Deborah May Slangal, Individually and as

Co-Trustee of the Lola McCarty Testamentary Trust, Appellants

v.

Lower Colorado River Authority, Appellee

FROM THE DISTRICT COURT OF LLANO COUNTY, 33RD JUDICIAL DISTRICT

NO. 11,706, HONORABLE GUILFORD JONES, III, JUDGE PRESIDING 

PER CURIAM

 Lee R. McCarty, Sr., Individually and as Independent Executor of the Estate of
Lola McCarty, Deceased; Lee R. McCarty, Jr., Individually and as Co-Trustee of the Lola
McCarty Testamentary Trust; and Deborah May Slangal, Individually and as Co-Trustee of the
Lola McCarty Testamentary Trust and Lower Colorado River Authority have filed an Agreed
Motion for Dismissal in this appeal. We grant the motion and dismiss this appeal. See Tex. R.
App. P. 42.1(a)(1).

Before Justices Jones, B. A. Smith and Yeakel

Dismissed on Agreed Motion

Filed: June 30, 1999

Do Not Publish